## COCHRAN v. UNITED STATES.
### No. 11413.

Circuit Court of Appeals, Fifth Circuit.
Oct. 11, 1945.

J. M. Johnson and J. F. Kemp, both of Atlanta, Ga., for appellant.

M. Neil Andrews, U. S. Atty., and Jas. T. Manning, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and LEE, Circuit Judges.

PER CURIAM.

The sole question is whether the evidence justifies a verdict of guilty. We think it does, and the judgment is therefore affirmed.